**Magistrate Judge Karen L. Strombom**

# UNITED STATES DISTRICT COURT
## FOR WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOEY JOHNSEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | **NO. C06-5654-KLS** <br><br> **PROPOSED ORDER FOR AWARD OF ATTORNEY FEES AND EXPENSES** |

This matter comes before the court on Plaintiff's application for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). The court GRANTS Plaintiff's motion and orders Defendant to pay Plaintiff's attorneys' fees and expenses in the amount of $2,339.95

DATED this 23rd day of October, 2007.

*Karen L. Strombom* (signature)

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING FEES & EXPENSES
Page 1 of 2

**STILES & STILES, INC., P.S.**
ATTORNEYS AT LAW
P.O. BOX 228 - 925 METCALF STREET
SEDRO WOOLLEY, WASHINGTON 98284
(360) 855-0131  FAX (360) 856-2875

Presented by:

s/ BROCK D. STILES
Attorney for Plaintiff
925 Metcalf Street / PO Box 228
Sedro-Woolley, WA 98284
Telephone: (360) 855-0131
FAX: (360) 856-2875
brock@stileslaw.com

ORDER GRANTING FEES & EXPENSES
Page 2 of 2

**STILES & STILES, INC., P.S.**
ATTORNEYS AT LAW
P.O. BOX 228 - 925 METCALF STREET
SEDRO WOOLLEY, WASHINGTON 98284
(360) 855-0131  FAX (360) 856-2875