# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOEY JOHNSON

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5654KLS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court GRANTS Plaintiff's motion and orders Defendant to pay Plaintiff's attorneys' fees and expenses in the amount of $2,339.95.


  October 24, 2007               BRUCE RIFKIN
Date                        Clerk

                       *s/Caroline M. Gonzalez*
                       Deputy Clerk